# Court of Appeals
# of the State of Georgia

ATLANTA, __January 09, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A0494. SOUTHSIDE GREENSPACE INITIATIVE, LLC et al. v. RES-GA TWO, LLC.**

**A14A0495. SCOTT AND SONS HOLDINGS, LLC v. RES-GA TWO, LLC.**

In this breach of contract action, Res-GA Two, LLC obtained default judgments against all five of the defendants in 2012. On March 11, 2013, Res-GA Two, LLC served post-judgment discovery, and the defendants moved for a protective order. The trial court denied their motion for protective order on May 20, 2013. On June 18, 2013, Defendants filed a notice of appeal from the trial court's order, which was docketed as Case No. A14A0494. Subsequent thereto, Res-GA Two, LLC filed an emergency motion to dismiss the appeal in the trial court, arguing that the order denying the motion for protective order was not a final order. The trial court agreed, entering an order dismissing the appeal on July 31, 2013, on the ground that the orders appealed from were not final. In Case No. A14A0495, defendant Scott and Sons Holdings, LLC filed a notice of appeal from the trial court's order dismissing the appeal. We lack jurisdiction.

In *American Medical Security Group v. Parker*, 284 Ga. 102, 103 (663 SE2d 697) ( 2008), our Supreme Court held that while "a trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal[,] a trial court's order dismissing an improperly filed direct appeal should be considered an interlocutory order and is not subject to a direct appeal." Post-judgment discovery orders must be appealed by the interlocutory appeal procedure when they are non-final. See *Cornelius v. Finley*, 204 Ga. App. 299 (418 SE2d 815) (1992). "[T]he disputed

discovery remains unanswered, and therefore, matters remain pending in the case."
Id. at 301  Accordingly, Case No. A14A0494 is *DISMISSED* for failure to comply
with the interlocutory procedures set forth in OCGA § 5-6-34 (b).

Because the order on appeal in Case No. A14A0495 purports to dismiss what
we have determined above to be an improperly filed direct appeal, it, too, should be
considered an interlocutory order and is not subject to a direct appeal.  See *American
Medical Security Group*, supra.  Accordingly, both appeals are hereby *DISMISSED*
for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/09/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____ *, Clerk.*